**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01027-CR

**ANGELA KAY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55645-Q**

## ORDER

The Court **DENIES** appellant's March 4, 2014 pro se motion to the extent she seeks appointment of new counsel.

We **GRANT** appellant's pro se motion to the extent she seeks additional time to file her pro se response to the *Anders* brief filed by counsel. We **ORDER** appellant to file her pro se response by **MAY 12, 2014**. If the pro se response is not filed by that date, the appeal will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Angela Kay Taylor, No. 13029980, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.

/s/     LANA MYERS
            JUSTICE